Eric D. SEALES, Plaintiff–Appellant,

v.

MACOMB COUNTY, Frederick True, Jason Stabley, Ted Stabley, Jim Hill, Ron Gekiere, and Robert Whitehead, Defendants–Appellees.

No. 06–2559.

United States Court of Appeals, Sixth Circuit.

May 16, 2008.

Before: MARTIN and NORRIS, Circuit Judges, and STAMP, District Judge.*

PER CURIAM.

After reviewing the briefs and record before us, we agree with the district court's determination that Eric D. Seales has failed to establish a constitutional violation under the Eighth Amendment. We therefore AFFIRM the district court's

---

* The Honorable Frederick P. Stamp of the Northern District of West Virginia sitting by

grant of summary judgment in favor of defendants.